ROOK, Respondent, v. ROOK, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by May E. Rook against Louise E. Rook.

PER CURIAM. Motion granted, and questions certified as follows: (1) On the facts shown by the record did the Supreme Court obtain jurisdiction to render the judgment in this action, and particularly that part of it directing the payment of alimony by the defendant to the plaintiff? (2) On the facts shown by the record was the defendant guilty of contempt for not complying with that part of the judg-

ment rendered in this action which directed the payment of alimony by the defendant to the plaintiff? See, also, 125 N. Y. Supp. 1142.